THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 v.
 John Brown, Jr., Appellant.
 
 
 
 

Appeal From Jasper County
 James E. Lockemy, Circuit Court Judge

Unpublished Opinion No. 2010-UP-066
 Submitted January 4, 2010  Filed January
28, 2010    

APPEAL DISMISSED

 
 
 
 Acting Chief Appellate Attorney Robert M. Dudek, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Donald J.
 Zelenka, all of Columbia; and Solicitor I. McDuffie Stone, III, of Beaufort,
 for Respondent.
 
 
 

PER CURIAM:  John Brown, Jr., appeals his conviction
 for murder.  Brown asserts the trial court erred in failing to charge voluntary
 manslaughter.  After a thorough review of the record and counsel's brief
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 35 (1991), we dismiss Brown's appeal and
 grant counsel's motion to be relieved.[1]  
APPEAL
 DISMISSED.
SHORT, THOMAS,
 and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.